CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Charles F. Goria, Esq., SBN 68944
Goria, Weber & Jarvis
1011 Camino del Rio South, Suite 210
San Deigo, CA 92108
Telephone: (619)692-3555
Facsimile: (619)296-5508
chasgoria@gmail.com
Attorney for Defendant
Mission Corner, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MISSION CORNER, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:18-CV-00256-JM-NLS<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)** |

1

# MOTION

Pursuant to F.R.CIV.P. 41 (a)(1), the parties hereby apply to the court that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This motion is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 4, 2018         CENTER FOR DISABILITY ACCESS

By:   /s/ Phyl Grace
        Phyl Grace
        Attorneys for Plaintiff

Dated: December 4, 2018         GORIA, WEBER & JARVIS

By:   /s/ Charles F. Goria
        Charles F. Goria
        Attorney for Defendant
        Mission Corner, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Charles F. Goria, counsel for Mission Corner LLC, respectively, and that I have obtained Mr. Goria's authorization to affix his electronic signature to this document.

Dated: December 4, 2018        CENTER FOR DISABILITY ACCESS

                               By:   /s/ Phyl Grace
                                     Phyl Grace
                                     Attorneys for Plaintiff